**11/28/2017**                                         **COA Case No. 12-17-00258-CR**
**DUDLEY, TYUS ANSON    Tr. Ct. No. 241-0413-17              PD-1267-17**
On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Monday, January 29, 2018. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Deana Williamson, Clerk

**FILED**

11/28/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *